UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 09, 2022

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KHALIL WRIGHT,<br><br>　　　　　Defendant. | No.  2:22-mj-9-JDP<br><br>**DETENTION ORDER**<br>(Violation of Pretrial Release,<br>Probation or Supervised Release) |

☐ After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds :
　☐ there is probable cause to believe the person has committed a federal, state or local crime while on
　　release and defendant has not rebutted the presumption that his/her release will endanger another or
　　the community or
　☐ there is clear and convincing evidence that the defendant has violated **another** condition of release
　　<u>and</u>
　☐ based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition  or combination of
　　conditions of release that will assure that the defendant will not flee or pose a danger to the safety
　　of another person or the community or
　☐ the person is unlikely to abide by any condition or combination of conditions of release.  F.R.Cr.P.
　　32.1(a)(D), 46(c), 18 U.S.C. § 3148.

☒ After a hearing pursuant to F.R.Cr.P. 32.1(a)(6) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds there is probable cause to believe defendant has violated a condition of
probation or supervised release and the defendant has not met his/her burden of establishing by clear and
convincing evidence that he/she will not flee or pose a danger to another person or to the community. 18 U.S.C. § 3143.

　　IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with his/her counsel.  Upon further order of a court of the United

States or request of an attorney for the United States the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

DATE:   ___February 9, 2022_____          _____/s/ Carolyn K. Delaney_____
                                                                           Magistrate Judge Carolyn K. Delaney